## The People of the State of Illinois, Defendant in Error, v. William O'Dowd, Plaintiff in Error.

### Gen. No. 23,505.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY C. MORAN, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed June 10, 1918.

### Statement of the Case.

Information for larceny by the People of the State of Illinois, plaintiff, against William O'Dowd, defendant. To reverse a judgment of guilty, defendant prosecutes this writ of error.

GEORGE W. BLACKWELL, for plaintiff in error.

MACLAY HOYNE, for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. LARCENY, § 41*—*when finding as to value of property is necessary.* Whenever the measure or kind of punishment is dependent on the value of what has been taken, the court or jury, as the case may be, must find the value as part of the verdict or finding.

2. LARCENY, § 41*—*when finding by court as to guilt is insufficient.* On an information for larceny, a finding by the court that defendant is guilty "in manner and form as charged in the information," without finding the value of the goods, is insufficient.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.